■ In the Matter of RICARDO N. FRANCISCO N.; CHILDRENS AID SOCIETY et al.—Motion to be assigned as Law Guardian for purposes of the appeals granted as indicated in the order of this court. The appeal from the order entered on April 20, 1978 is *sua sponte* dismissed. (See *Jema Props. v McLeod,* 51 AD2d 702.) Concur—Murphy, P. J., Kupferman, Sandler and Lane, JJ.

■ SAMUEL Z. KARP, INC. v S. E. & K. CORP. (And Another Action.)— Motion for resettlement granted and the order of this court entered on January 11, 1979 [67 AD2d 635] is resettled to add the following to the decretal paragraph thereof: "Appellant shall recover the sum of $4,750 deposited by Harvey L. Strelzin, defendant and interpleading plaintiff, on November 12, 1975, with the Clerk of the Civil Court of the City of New York, County of New York, and the clerk of said court is directed to release and pay said sum to appellant." Resettled order signed and filed. Concur— Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v LUIS SANTIAGO—On the court's own motion, the order of this court entered on February 1, 1979 [67 AD2d 843] is resettled to delete from the decretal paragraph thereof the words, "the opinions of this court recalled." Resettled order signed and filed. Concur—Murphy, P. J., Kupferman, Lupiano, Yesawich and Sullivan, JJ.

### (February 22, 1979)

■ JOHN P. MAGUIRE & Co., INC., Respondent, v MANES ORGANIZATION, INC., Appellant.—Order and judgment, Supreme Court, New York County, entered on September 11, 1978 and September 21, 1978, respectively, unanimously affirmed. (See *Crompton-Richmond Co. v Raylon Fabrics,* 33 AD2d 741.) Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Birns, Evans and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FLORES, Appellant.—Judgment, Supreme Court, New York County, rendered on March 19, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Evans and Lupiano, JJ.

■ In the Matter of CHARLES J. HYNES, as Deputy Attorney-General of the State of New York, Respondent, v CHARLES E. SIGETY, Doing Business as FLORENCE NIGHTINGALE NURSING HOME, Appellant.—Order, Supreme Court, New York County, entered on November 8, 1978, unanimously affirmed for the reasons stated by McQuillan, J., at Trial Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Birns, Fein and Lupiano, JJ.

Kupferman, J., concurs on constraint of *Matter of Hynes v Sigety* (60 AD2d 808).